

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00139-CV

**IN THE ESTATE OF STEPHEN FRANK REEVES**, Deceased

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 24-176
Honorable Kirsten Cohoon, Judge Presiding

BEFORE JUSTICE SPEARS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the appeal is REINSTATED, appellant's motion to dismiss is GRANTED, and the appeal is DISMISSED. *See* Tex. R. App. P. 42.1(a)(1). The parties will bear their own costs. *See id.* 42.1(d).

SIGNED January 14, 2026.

_____
Adrian A. Spears II, Justice